NATALIA VIEIRA SANTANNA
CA BAR NO. 337502
MI BAR NO. P76443
SANTANNA LAW OFFICES
PO BOX 7528, OAKLAND, CA, 94601
(510) 922-0154 (TELEPHONE)
(510) 903-4211 (FACSIMILE)
NATALIA@SANTANNALAW.COM (EMAIL)
ATTORNEY FOR PETITIONER-PLAINTIFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.V.S.M., | Case No. 1:25-cv-01489-KES-HBK (HC) |
| Petitioner, | |
| v. | ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYM |
| MINGA WOFFORD, Mesa Verde ICE Processing Center Facility Administrator; SERGIO ALBARRAN, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States, | Doc. 3 |
| Respondents. | |

## **ORDER**

The Court, having considered petitioner's motion to proceed under pseudonym, and good cause appearing therefor, the motion is hereby GRANTED.

IT IS SO ORDERED.

Dated:   November 19, 2025                           _____
UNITED STATES DISTRICT JUDGE

1